AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi

RECEIVED NOV 09 2021 UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF MISSISSIPPI

U.S. MARSHALS NORTHERN DISTRICT OF MISSISSIPPI
2021 OCT 28 AM 10: 46
RECEIVED

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:21CR107 |
| | ) | |
| THOMAS IROKO AYODELE aka "ROKO" | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* THOMAS IROKO AYODELE aka "ROKO",
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

CONSPIRACY TO DEFRAUD U.S.

Date: 10/27/2021

*Issuing officer's signature* — Deputy Clerk

City and state: Oxford, Mississippi

David Crews, Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 10-29-21, and the person was arrested on *(date)* 11-8-21
at *(city and state)* OXFORD, MS.

Date: 11-8-21

*Arresting officer's signature*

JACKSON H. ANDERSON DUSM
*Printed name and title*