Exhibit "B"

# WINGS

# Referral Report

**Filters**
From: Feb 5, 2018
To: Feb 5, 2018

By Staff: Iroko Ayodele;

| PROGRAM YEAR | LWIA | STAFF | EMPLOYER | PARTICIPANT | |
|---|---|---|---|---|---|
| | Delta | | | | |
| | | Iroko Ayodele | | | |
| | | | | Robryana Collins 5825 | 1 |
| | | | | Total for Iroko Ayodele | 1 |
| | | | | Total for Delta | 1 |
| | | | | Total for 2017 | 1 |

11/12/19 12:02 PM

Page 1 of 1

WINGS

# Participant Services

**Showing Only Participant Instances**

**Filters**

From: Feb 5, 2018

To: Feb 5, 2018

By Staff: Iroko Ayodele;

**2017**

**Batesville**

**Referred to Employment (Staff-Assisted)**

***Robryana Collins 594875825 1999-10-20***

**E-Verify**

***Robryana Collins 594875825 1999-10-20***

Case: 3:21-cr-00107-SA-RP Doc #: 37-2 Filed: 01/14/22 3 of 18 PageID #: 67
TIME - Change Time Entries    Page 1 of 1



**Time Information for Managers & Employees**

Home | Alerts | My Time | **Change Time** | Approve Time | Time Admin | Reports | Options | View TimeSheet

Help | Logout

● Employee ○ Manager

AYODELE THOMAS ▼ GO

Employee / Subordinates: Thomas Ayodele ▼  [Edit] [Save] [Canc.] [Print Timesheet]

Sched Hrs. (85) - Tot Hrs. (85) = Diff (0)

Date Range = 2/1/2018 - 2/15/2018

| Project Code | Total | Th-1 | Fr-2 | Sa-3 | Su-4 | Mo-5 | Tu-6 | We-7 | Th-8 | Fr-9 | Sa-10 | Su-11 | Mo-12 | Tu-13 | We-14 | Th-15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| -Sched | 85.0 | 7.0 | 8.0 | 0.0 | 0.0 | 8.0 | 8.0 | 8.0 | 7.0 | 8.0 | 0.0 | 0.0 | 8.0 | 8.0 | 8.0 | 7.0 |
| 170500 | 0.0 | | | | | | | | | | | | | | | |
| 205500 | 14.0 | 4.0 | 3.0 | | | 3.0 | 4.0 | | | | | | | | | |
| 210220 | 10.0 | 3.0 | 3.0 | | | 3.0 | 1.0 | | | | | | | | | |
| 231500 | 7.0 | | 2.0 | | | 2.0 | 3.0 | | | | | | | | | |
| 303500 | 24.0 | | | | | | 5.0 | 5.0 | 5.0 | | | | | | 5.0 | 4.0 |
| 304500 | 14.0 | | | | | | 1.0 | 2.0 | 3.0 | | | | | | 3.0 | 1.0 |
| 999910 | 16.0 | | | | | | | | | | | | 8.0 | 8.0 | | |
| 999915 | 0.0 | | | | | | | | | | | | | | | |
| 999920 | 0.0 | | | | | | | | | | | | | | | |
| 999940 | 0.0 | | | | | | | | | | | | | | | |
| 999941 | 0.0 | | | | | | | | | | | | | | | |
| 999950 | 0.0 | | | | | | | | | | | | | | | |
| 999960 | 0.0 | | | | | | | | | | | | | | | |
| 999970 | 0.0 | | | | | | | | | | | | | | | |
| 999980 | 0.0 | | | | | | | | | | | | | | | |
| 999990 | 0.0 | | | | | | | | | | | | | | | |
| | 85.0 | 7.0 | 8.0 | 0.0 | 0.0 | 8.0 | 8.0 | 8.0 | 7.0 | 8.0 | 0.0 | 0.0 | 8.0 | 8.0 | 8.0 | 7.0 |

NOTE: You must save all hours keyed in the grid above prior to making an entry in the leave reconciliation grid below. Failure to do so will result in loss of time data.

**Leave Reconciliation**

Date of Actual Absence | Amount Of Leave | Date Absence Charged | Leave Code
--Select-- ▼    [Add] [Clear]

| Date of Actual Absence | Amount Of Leave | Date Absence Charged | Leave Code | Edit | Delete |

No records to display

**Color Selector:** Sut Sut Sut Sut Sut

**Leave Balances:**
Personal: 154.60
Medical: 642.00
Military: 0.00
Floating Holiday: 0.00
Donated Leave: 0.00
Federal: 0.00



NOTE: You must save all hours keyed in the grid above prior to making an entry in the leave reconciliation grid below. Failure to do so will result in loss of time data.

### Leave Reconciliation



| Date of Actual Absence | Amount Of Leave | Date Absence Charged | Leave Code | Edit | Delete |
|---|---|---|---|---|---|
| 01/12/2018 | 8.0 | 01/19/2018 | 999940 | | X |

Color Selector: Sut Sut Sut Sut Sut

Leave Balances:
  Personal       154.60
  Medical        642.00
  Military         0.00
  Floating Holiday 0.00
  Donated Leave    0.00
  Federal         0.00



## Audit Trail for Everification # 2018036125005RJ

25 items found, displaying 1 to 20.
First / Prev 1, 2 Next / Last

| Date Modified | Modified By | Field | Old Value | New Value |
|---|---|---|---|---|
| 02/05/18 11:50 AM | Staff Member: Iroko Ayodele | Job Center | | 1 |
| 02/05/18 11:50 AM | Staff Member: Iroko Ayodele | Status Date | | 02/05/2018 |
| 02/05/18 11:50 AM | Staff Member: Iroko Ayodele | Date Everify | | 02/05/2018 |
| 02/05/18 11:50 AM | Staff Member: Iroko Ayodele | Service Enrollment | | 12255132 |
| 02/05/18 11:50 AM | Staff Member: Iroko Ayodele | Staff | | 634 |
| 02/05/18 11:50 AM | Staff Member: Iroko Ayodele | Document Two Type | | SOCIAL_SECURITY_CARD |
| 02/05/18 11:50 AM | Staff Member: Iroko Ayodele | Participant | | 1496757 |
| 02/05/18 11:50 AM | Staff Member: Iroko Ayodele | Document One Exp Date | | 10/20/2022 |
| 02/05/18 11:50 AM | Staff Member: Iroko Ayodele | Document Two Number | | 594875825 |
| 02/05/18 11:50 AM | Staff Member: Iroko Ayodele | Case Number | | 2018036125005RJ |
| 02/05/18 11:50 AM | Staff Member: Iroko Ayodele | Date Keyed | | 02/05/2018 |
| 02/05/18 11:50 AM | Staff Member: Iroko Ayodele | Document One Number | | 802917962 |
| 02/05/18 11:50 AM | Staff Member: Iroko Ayodele | Document One Type | | DRIVERS_LICENSE |
| 02/05/18 11:50 AM | Staff Member: | Status | | AUTHORIZED |

| Date Modified | Modified By | Field | Old Value | New Value |
|---|---|---|---|---|
| | Iroko Ayodele | | | |
| 02/05/18 11:50 AM | Staff Member: Iroko Ayodele | Service Enrollment Job Center | | 1 |
| 02/05/18 11:50 AM | Staff Member: Iroko Ayodele | Service Enrollment Result | | COMPLETED |
| 02/05/18 11:50 AM | Staff Member: Iroko Ayodele | Service Enrollment Date Result | | 02/05/2018 |
| 02/05/18 11:50 AM | Staff Member: Iroko Ayodele | Service Enrollment Service Status | | COMPLETED |
| 02/05/18 11:50 AM | Staff Member: Iroko Ayodele | Service Enrollment Service | | 2 |
| 02/05/18 11:50 AM | Staff Member: Iroko Ayodele | Service Enrollment Staff | | 634 |

25 items found, displaying 1 to 20.
First / Prev 1, 2 Next / Last

## Audit Trail for Everification # 2018036125005RJ

25 items found, displaying 21 to 25.
First / Prev 1, 2 Next / Last

| Date Modified | Modified By | Field | Old Value | New Value |
|---|---|---|---|---|
| 02/05/18 11:50 AM | Staff Member: Iroko Ayodele | Service Enrollment Program | | WAGNER_PEYSER |
| 02/05/18 11:50 AM | Staff Member: Iroko Ayodele | Service Enrollment Service Level | | CORE |
| 02/05/18 11:50 AM | Staff Member: Iroko Ayodele | Service Enrollment Date Posted | | 02/05/2018 |
| 02/05/18 11:50 AM | Staff Member: Iroko Ayodele | Service Enrollment Service Answers | | |
| 02/05/18 11:50 AM | Staff Member: Iroko Ayodele | Service Enrollment Participant | | 1496757 |

25 items found, displaying 21 to 25.
First / Prev 1, 2 Next / Last



# Job Orders Report

**Filters**

From: Feb 5, 2018     By Staff: Iroko Ayodele;

To: Feb 5, 2018



| | Number of Job Orders | Openings | Employers |
|---|---|---|---|
| No Results | 0 | 0 | 0 |



# WINGS

## Referral Report

**Filters**

From: Jan 29, 2019
To: Feb 9, 2019

By Staff: Iroko Ayodele;

| PROGRAM YEAR | MONTH | LWIA | STAFF | PARTICIPANT | |
|---|---|---|---|---|---|
| | February | Delta | Iroko Ayodele | DIANNE OWENS 8782 | 1 |
| | | | | JESUS PENA 5626 | 1 |
| | | | | JOSEPH KELLEY 2247 | 1 |
| | | | | marQuis handy 1451 | 1 |
| | | | | SHANEQUE ROBINSON 5289 | 1 |
| | | | | STEPHANIE Scoggins 4385 | 1 |
| | | | | willie ranson 4421 | 1 |

| PROGRAM YEAR | MONTH | LWIA | STAFF | PARTICIPANT | | |
|---|---|---|---|---|---|---|
| | | | | Total for Iroko Ayodele | | 7 |
| | | | | Total for Delta | | 7 |
| | | | | Total for February | | 7 |
| | | | | Total for 2018 | | 7 |



# Participant Services

**Filters**

From: Jan 29, 2019     By Staff: Iroko Ayodele;
To: Feb 9, 2019

| Program Year | Month | Workforce Area | Number of Enrollments |
|---|---|---|---|
| 2018 | | | |
| | February | | |
| | | Units | |

                                                    **Job Search**

                              **Job Search Applicant Initiated**

                                                  <u>Totals for Iroko Ayodele</u>

                                 **Totals for Iroko Ayodele**        1

                 **Totals for Job Search Applicant Initiated**        1

                                   **Totals for Job Search**        1

                                                   **Information**

                                **WIOA- Outreach, Intake/Orientation**

                                               <u>Totals for Iroko Ayodele</u>

                                 **Totals for Iroko Ayodele**        2

           **Totals for WIOA- Outreach, Intake/Orientation**        2

                                      **WIOA- Labor Market**

                                               <u>Totals for Iroko Ayodele</u>

                                 **Totals for Iroko Ayodele**        2

                         **Totals for WIOA- Labor Market**        2

| Program Year | Month | Workforce Area | | Number of Enrollments |
|---|---|---|---|---|
| | | | Totals for Information | 4 |
| | | | *Case Management* | |
| | | | Case Management Contact | |
| | | | <u>Totals for Iroko Ayodele</u> | |
| | | | Totals for Iroko Ayodele | 2 |
| | | | Totals for Case Management Contact | 2 |
| | | | Totals for Case Management | 2 |
| | | | *Background* | |
| | | | WIOA Enrollment | |
| | | | <u>Totals for Iroko Ayodele</u> | |
| | | | Totals for Iroko Ayodele | 2 |
| | | | Totals for WIOA Enrollment | 2 |
| | | | Referred to Federal Job (Staff-Assisted) | |
| | | | <u>Totals for Iroko Ayodele</u> | |
| | | | Totals for Iroko Ayodele | 3 |
| | | | Totals for Referred to Federal Job (Staff-Assisted) | 3 |
| | | | Referred to Employment (Staff-Assisted) | |
| | | | <u>Totals for Iroko Ayodele</u> | |
| | | | Totals for Iroko Ayodele | 4 |
| | | | Totals for Referred to Employment (Staff-Assisted) | 4 |
| | | | Individual Employment Plan | |
| | | | <u>Totals for Iroko Ayodele</u> | |
| | | | Totals for Iroko Ayodele | 2 |
| | | | Totals for Individual Employment Plan | 2 |
| | | | E-Verify | |
| | | | <u>Totals for Iroko Ayodele</u> | |
| | | | Totals for Iroko Ayodele | 6 |
| | | | Totals for E-Verify | 6 |

| Program Year | Month | Workforce Area | | Number of Enrollments |
|---|---|---|---|---|
| | | | Case Manager Assigned | |
| | | | Totals for Iroko Ayodele | |
| | | | Totals for Iroko Ayodele | 2 |
| | | | Totals for Case Manager Assigned | 2 |
| | | | Totals for Background | 19 |
| | | | **Assessment** | |
| | | | WIOA-Initial Assessment | |
| | | | Totals for Iroko Ayodele | |
| | | | Totals for Iroko Ayodele | 2 |
| | | | Totals for WIOA-Initial Assessment | 2 |
| | | | Totals for Assessment | 2 |
| | | | Totals for Delta | 29 |
| | | | Totals for February | 28 |
| | January | | | |
| | | Delta | | |
| | | | Job Search | |
| | | | Job Search Staff Initiated | |
| | | | Totals for Iroko Ayodele | |
| | | | Totals for Iroko Ayodele | 15 |
| | | | Totals for Job Search Staff Initiated | 15 |
| | | | Job Search Applicant Initiated | |
| | | | Totals for Iroko Ayodele | |
| | | | Totals for Iroko Ayodele | 17 |
| | | | Totals for Job Search Applicant Initiated | 17 |
| | | | Totals for Job Search | 32 |
| | | | Information | |
| | | | WIOA- Outreach, Intake/Orientation | |
| | | | Totals for Iroko Ayodele | |
| | | | Totals for Iroko Ayodele | 1 |

| Program Year | Month | Workforce Area | | Number of Enrollments |
|---|---|---|---|---|
| | | | Totals for WIOA- Outreach, Intake/Orientation | 1 |
| | | | **WIOA- Labor Market** | |
| | | | _Totals for Iroko Ayodele_ | |
| | | | **Totals for Iroko Ayodele** | 1 |
| | | | **Totals for WIOA- Labor Market** | 1 |
| | | | **Totals for Information** | 2 |
| | | | **Background** | |
| | | | **WIOA Enrollment** | |
| | | | _Totals for Iroko Ayodele_ | |
| | | | **Totals for Iroko Ayodele** | 2 |
| | | | **Totals for WIOA Enrollment** | 2 |
| | | | **Individual Employment Plan** | |
| | | | _Totals for Iroko Ayodele_ | |
| | | | **Totals for Iroko Ayodele** | 1 |
| | | | **Totals for Individual Employment Plan** | 1 |
| | | | **E-Verify** | |
| | | | _Totals for Iroko Ayodele_ | |
| | | | **Totals for Iroko Ayodele** | 1 |
| | | | **Totals for E-Verify** | 1 |
| | | | **Case Manager Assigned** | |
| | | | _Totals for Iroko Ayodele_ | |
| | | | **Totals for Iroko Ayodele** | 1 |
| | | | **Totals for Case Manager Assigned** | 1 |
| | | | **Totals for Background** | 5 |
| | | | **Assessment** | |
| | | | **WIOA-Initial Assessment** | |
| | | | _Totals for Iroko Ayodele_ | |
| | | | **Totals for Iroko Ayodele** | 1 |

| Program Year | Month | Workforce Area | | Number of Enrollments |
|---|---|---|---|---|
| | | | Totals for WIOA-Initial Assessment | 1 |
| | | | Totals for Assessment | 1 |
| | | | **Totals for Delta** | |
| | | | **Totals for January** | 40 |
| | | | **Total for 2018** | 68 |

## Search Results

4 items found, displaying all items.

| Participant Type / Funding Stream | Participant | Application Date | Start Date | Exit Date | Date Last Youth Service Completed |
|---|---|---|---|---|---|
| Dislocated Worker / Local 28075 | UI - EV JIMMY (jimmy) DANIEL (6085) | 01/30/2019 | 01/30/2019 | Not Yet Exited | Not Applicable |
| Dislocated Worker / Local 28075 | EV LAJARVA ECHOLS (5976) | 01/30/2019 | 01/29/2018 | Not Yet Exited | Not Applicable |
| Adult / Local 28075 | EV STEPHANIE Scoggins (4385) | 02/04/2019 | 02/04/2019 | Not Yet Exited | Not Applicable |
| Adult / Local 28075 | EV TOMEKA (tomeka) SPAIN (4838) | 02/01/2019 | 02/01/2019 | Not Yet Exited | Not Applicable |

4 items found, displaying all items.