UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.                                                          CRIMINAL NO. 3:21-CR-107

JAMARR SMITH, THOMAS IROKO AYODELE aka "ROKO,"
and GILBERT MCTHUNEL

**GOVERNMENT'S MOTION TO AMEND THE CAPTION**

Comes now the United States of America, by and through the United States Attorney for

the Northern District of Mississippi, and moves the court to amend the caption of this matter and

in support thereof would respectfully show unto the Court the following, to wit:

1. The indictment lists the defendants as Jamarr Smith, Thomas Iroko Ayodele aka
   "Roko," and Gilbert McThunel.

2. The defendant identified as Gilbert McThunel has informed the government, through
   counsel, that his correct name is Gilbert McThunel II.

3. Accordingly, the government moves the court to amend the caption of this matter to
   list the defendants as Jamarr Smith, Thomas Iroko Ayodele aka "Roko," and Gilbert
   McThunel II.

4. This motion is made at the request of the defendant and his counsel.

1

Respectfully submitted, this the 18th day of May, 2022.

CLAY JOYNER,
United States Attorney

By:  s/ Robert J. Mims
ROBERT J. MIMS
MS Bar # 9913
Assistant United States Attorney
Ethridge Professional Building
900 Jefferson Avenue
Oxford MS 38655-3608
Telephone 662/234-3351
Criminal Division fax 662/234-0657

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 18, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

*s/ Robert J. Mims*
ROBERT J. MIMS
Assistant United States Attorney