UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

## NOTICE

UNITED STATES OF AMERICA

V.                      CASE NUMBER: 3:21-cr-107-SA-RP

JAMARR SMITH,            DEFENDANTS
THOMAS IROKO AYODELE, a/k/a "Roko",
and GILBERT MCTHUNEL, II, a/k/a Gilbert McThunel

**TAKE NOTICE** that a proceeding in this case has been **RESET** for the place, date, and time set forth below:

**Place**

**UNITED STATES FEDERAL BUILDING**
**911 JACKSON AVENUE EAST**
**OXFORD, MISSISSIPPI**

**Room No.**
**COURTROOM NUMBER 1 – FIRST FLOOR**

**Date and Time**
**TUESDAY, FEBRUARY 21, 2023, at 9:40 A.M.**

**Type of Proceeding**

**MVD/JURY TRIAL SET BEFORE UNITED STATES DISTRICT JUDGE SHARION AYCOCK**

(IF A JURY LIST IS DESIRED, PLEASE USE THE FORM ON OUR PUBLIC WEBSITE: HTTP://WWW.MSND.USCOURTS.GOV/FORMS.HTM)

\***ATTORNEYS ARE RESPONSIBLE FOR NOTIFYING THEIR CLIENT(S) AS TO COURT APPEARANCES**.

DAVID CREWS, Clerk of Court

BY: /s/ Tracy Wright
       Courtroom Deputy

Date: November 10, 2022

To: Goodloe Tankersley Lewis (electronic notice only)    William F. Travis (electronic notice only)
     Paul A. Chiniche (electronic notice only)            Robert J. Mims (electronic notice only)
     U.S. Probation Service (electronic notice only)       U.S. Marshal Service (electronic notice only)

**CONTACT CHAMBERS AT 662-369-2628 OR judge_aycock@msnd.uscourts.gov
IF YOU HAVE ANY QUESTIONS**