# TRANSCRIPT ORDER FORM - READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING

District Court: U.S.D.C. for the Northern District of Mississippi    District Court Docket No. 3:21cr00107

Short Case Title: USA v. Thomas Iroko Ayodele

**ONLY ONE COURT REPORTER PER FORM**  Court Reporter: Phyllis McLarty

Date Notice of Appeal Filed by Clerk of District Court: 6/21/2023    Court of Appeals No.: 23-60321

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**

☐ No Hearings  ☐ Transcript is unnecessary for appeal purposes  ☐ Transcript is already on file in the Clerk's Office

**OR**

**Check All of the Following that Apply, Include date of the proceeding.**

This is to Order a Transcript of the following proceedings: ☐ Bail Hearing: _____  ☒ Voir Dire: 2/21/2023
☒ Opening Statement of Plaintiff: 2/21/2023    ☒ Opening Statement of Defendant: 2/21/2023
☒ Closing Argument of Plaintiff: 2/24/2023    ☒ Closing Argument of Defendant: 2/24/2023
☒ Opinion of court: 2/24/2023    ☒ Jury Instructions: 2/24/2023    ☒ Sentencing: 6/13/2023

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| 1/31/2023 | Hearing on Motion to Suppress | Sharion Aycock |
| 2/22/2023 | Trial Record | Sharion Aycock |
| 2/23/2023 | Trial Record | Sharion Aycock |
| 2/24/2023 | Trial Record | Sharion Aycock |

Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.

**B.** This is to certify that satisfactory financial arrangements have made. Method of Payment:
☐ Private Funds;    ☒ Criminal Justice Act Funds (**Enter Authorization-24 to USDC eVoucher**);
☐ Other IFP Funds;    ☐ Advance Payment waived by reporter;    ☐ U.S. Government Funds
☐ Other_____

Signature _/s/ Wm. F. Travis_    Date Transcript Ordered 7/5/2023

Print Name William F. Travis    Phone: 662-393-9295

Counsel for Thomas Iroko Ayodele

Address 8619 Highway 51 N., Southaven, MS 38671

---

**PART II. COURT REPORTER ACKNOWLEDGEMENT** (To be completed by the Court Reporter and filed with the Court of Appeals within 7 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | If arrangements not yet made, date contact made w/ ordering party | Estimated Completion Date | Estimated number of Pages |
|---|---|---|---|
|  |  |  |  |

☐ Satisfactory Arrangements for payment were made on _____
☐ Payment Arrangements have NOT been made. Reason: ☐ Deposit not received  ☐ Unable to contact ordering party
☐ Other (Specify)_____

Date:_____ Signature of Reporter:_____ Tel._____

Email of Reporter:_____ Address of Reporter:_____

---

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court and this completed form e-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages: _____    Actual Number of Volumes: _____

Date: _____    Signature of Reporter: _____